UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Victor Lavell Thomas,<br>    Defendant. | Case No.: CR 05-0133-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _unknown recent background and bail_

1  *resources, nature of present allegations -*
2  *absconding and failure to report, use of multiple*
3  *aliases, DMV failure to appear*
4  and/or

5  B.  ( )  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on: _____
10       _____
11       _____
12       _____
13

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16

17  Dated:  1/22/16                          /s/ Jean Rosenbluth
                                             JEAN ROSENBLUTH
18                                           U.S. MAGISTRATE JUDGE