O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR05-133-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| VICTOR LAVELL THOMAS, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On February 11, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on September 11, 2013. Government counsel, Nathaniel Walker and Joshua Mausner, the defendant and his appointed CJA attorney, David Kaloyanidas, were present. The U.S. Probation Officer, Benjamin Ventura, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on September 11, 2013. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 13, 2008.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty-six (36) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for a period not to exceed for one hundred fifty (150) days, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: February 16, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2