

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR LAVELL THOMAS,

Defendant.

CASE NO. CR05-133-CAS

FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT

On February 6, 2017 and March 6, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 26, 2016. Government counsel, Alexander Wyman, the defendant and his appointed CJA attorney, David Kaloyanidas, were present. The U.S. Probation Officer, Benjamin Ventura, was also present.

The defendant admitted allegations 1 and 2, in violation of his supervised release, as stated in the Petition on Probation and Supervised Release filed on May 26, 2016. The Government withdraws allegations 3 and 4, of the Petition on Probation and Supervised Release filed on May 26, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 13, 2008 and February 11, 2016.

/ / /

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of nine (9) months, with no supervision to follow. Defendant shall receive credit for time served from the time he was taken into custody on November 18, 2016.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 13, 2017

Christina A. Snyder
___________________________
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/___________________________
Catherine M. Jeang, Deputy Clerk